■ RALPH SESSA, Appellant, v KAY SESSA, Respondent. — In an action for divorce, plaintiff appeals from so much of an order of the Supreme Court, Rockland County (Marbach, J.), entered May 14, 1980, as awarded defendant $45 per week for *pendente lite* child support. Order affirmed insofar as appealed from, with $50 costs and disbursements. Since the parties' separation agreement contained no provision for child support, defendant was not obligated to establish an unanticipated change in circumstances, as required by *Matter of Boden v Boden* (42 NY2d 210), in order to secure a *pendente lite* award of child support (see *Bajak v Bajak,* 71 AD2d 823). Cohalan, J. P., Margett, O'Connor and Thompson, JJ., concur.